Don Springmeyer, Esq.
Nevada State Bar No. 1021
Jordan Butler, Esq.
Nevada Bar No. 10531
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
jbutler@wrslawyers.com

Jason J. Thompson (Admitted Pro hac vice)
**SOMMERS SCHWARTZ, P.C**.
One Towne Square, Suite 1700
Southfield, MI 48076
(248) 355-0300

Robert Anthony Alvarez (Admitted Pro hac vice)
**AVANTI LAW GROUP, PLLC**
600 28th St. SW
Wyoming, MI 49509
(616) 257-6807
ralvarez@avantilaw.com

*Counsel for Plaintiff and Proposed Class*
*And Collective Members*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARMANDO JOACHIN, On his behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN EATS, INC., A Nevada Corporation, and ALEJANDRA MEZA-CERVANTES, and REX HENRIOTT,<br><br>Defendants. | Case No.: 2:18-cv-0793-GMN-CWH<br><br>**ORDER TO COMPEL DEFENDANTS** |

**WHEREFORE,** this matter having come before the court on Plaintiff's Motion to Compel (Document 34).

**IT IS HEREBY ORDERED** that the instant motion is GRANTED.

**IT IS FURTHER ORDERED** that Defendant Hometown Eats, Inc. shall produce any and all documents responsive to Plaintiff's First Set of Requests for Production of Documents to Defendant Hometown Eats, Inc within fourteen (14) days from the entry of this Order.

Pursuant to LR 7-2(f), Plaintiff served the proposed order on Defendant's counsel at least three days prior to the filing of the proposed order, no response or objection was received.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
Dated: April 11, 2019

Approved as to form.

April 10, 2019

*/s/Robert Anthony Alvarez*
Robert Anthony Alvarez (P66954)
Attorney for Plaintiff
Avanti Law Group. PLLC
600 28th Street SW
Wyoming, MI 49509
(616) 257-6807
ralvarez@avantilaw.com

Don Springmeyer, Esq.
Nevada State Bar No. 1021
Jordan Butler, Esq.
Nevada Bar No. 10531
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
jbutler@wrslawyers.com

Scott A. Knight, Esq.
Nevada Bar No. 9083
2850 W. Horizon Ridge Pkwy., Ste. 200
Henderson, Nevada 89052
Attorney for Defendants

Jason J. Thompson (Admitted Pro hac vice)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
(248) 355-0300

*Counsel for Plaintiff and Proposed Class
And Collective Members*