UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ARMANDO JOACHIN, on his behalf and on, behalf of others similarly situated,

    Plaintiff,

vs.

HOMETOWN EATS, INC., et al.,

    Defendants.

Case No. 2:18-cv-00793-GMN-DJA

**ORDER**

This matter is before the Court on Defense Counsel Scott A. Knight's Motion to Withdraw (ECF No. 52), filed on September 16, 2019. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." *See* LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Mr. Knight indicates that communication with Defendants has ceased and Defendants have failed to make timely payment of money owed to the firm necessitating his withdrawal. The Court will require that Defendants Rex F. Henriott and Alejandra Meza-Cervantes notify the Court by October 16, 2019 as to their intent to proceed pro se or with other representation. Failure to do so may result in dispositive sanctions.

Further, the Court will require Defendant Hometown Eats, Inc. to advise the Court if it will retain new counsel by October 16, 2019 as it must retain new counsel if it intends to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Filing a notice of new counsel on or before October 16, 2019 is sufficient to comply with the Court's order. Failure to respond may

result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Defendant Hometown Eats, Inc.

**IT IS HEREBY ORDERED** that Defense Counsel Scott A. Knight's Motion to Withdraw (ECF No. 52) is **granted**.

**IT IS FURTHER ORDERED** that Defendants Rex F. Henriott and Alejandra Meza-Cervantes shall notify the Court as to whether they intend to proceed pro se or retain counsel by **October 16, 2019**. Failure to notify the Court as to their representation status may subject them to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that Defendant Hometown Eats, Inc. shall have until **October 16, 2019** to advise the Court if it will retain new counsel. Failure to notify the Court as to their new representation may subject it to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known addresses of Defendants to the civil docket and send a copy of this Order to Defendants' last known addresses:

Rex F. Henriott

1801 North Green Valley Parkway, #2211

Henderson, NV 89074

702-763-0836

rexhenriott@yahoo.com

Alejandra Meza-Cervantes

1801 North Green Valley Parkway, #2211

Henderson, NV 89074

702-763-0831

alemessages31@yahoo.com

/ / /

/ / /

/ / /

Hometown Eats, Inc.

c/o Registered Agent, Alejandra Meza-Cervantes

5715 South Pecos Road

Las Vegas, NV 89120

702-763-0831

Alemessages31@yahoo.com

Dated this 18th day of September, 2019.

_____
**Daniel J. Albregts**
**United States Magistrate Judge**