AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ARMANDO JOACHIN,

                Plaintiff,

v.

HOMETOWN EATS, INC., et al.,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: : 2:18-cv-00793-GMN-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Plaintiff against the defendants.

 

1/9/20  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk